# Exhibit A



| | |
|---|---|
| Document title: | Sausalito 8-Drawer Dresser (66") \| Dupe.com |
| Capture URL: | https://dupe.com/results/AtFcSRjVW?country=us |
| Page loaded at (UTC): | Thu, 10 Apr 2025 20:29:11 GMT |
| Capture timestamp (UTC): | Thu, 10 Apr 2025 20:32:05 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| Capture ID: | aUkAcx7KC5B9sErdrJTRit |

PDF REFERENCE #:     79xYovpiS92VLqfxCmnxkW










See better prices more often with Dupe's free plugin

dupe

App Sale Blog Professional

Paste URL or search

POTTERYBARN.COM

## Sausalito 8-Drawer Dresser (66")

$1,760

## Our picks

Joss & Main
Lucie Six Drawer White Oak Dresser In Buff Cream

23% less
$1,349

Birch Lane
Charleston 8 - Drawer Dresser & Reviews | Birch Lane

$2,160

Wayfair
Ruthber Solutions Premium Quality Side Cabinet Sideboard | Wayfair

$2,100

Wayfair
Ruthber Solutions Premium Quality Side Cabinet Sideboard | Wayfair

$2,400

Target SearchIQ
South Shore 6 Drawer Double Dresser Natural Ash: Laminated Particle Board,...

88% less
$216

Walmart
WAMPAT Farmhouse Nightstand with 3 Drawers, Set of 2 Large 3 Drawers Wood...

76% less
$430

Overstock
6 Drawer Dresser For Bedroom With Modern Style

81% less
$330

Bed Bath & Beyond
4-in-1 Dresser for Bedroom with 8 Drawers, Mid Century Storage Cabinet -...

58% less
$740

Commissionable.
We do not provide evaluations or comparisons regarding the quality of these products.

↓ Recommended Price

Wayfair
Charleston 8 - Drawer Dresser

$1,999

Wayfair
Juiliana Dresser

$380

Wayfair
Juiliana Dresser

**$380**

Wayfair
6-Drawer Dresser - Tall Boho Dresser with Curved Legs, Rattan Accents, and...

**$200**

Walmart
Oak Wooden Dresser for Bedroom with 6 Wide Drawers Mid Century Modern Kids...

**$369**

👋🏼 Hi friend, Megan here! can I send you my expert picks? Text me, let me know. I'll message you curated picks when it's ready.

*Standard SMS rates apply Scan code to text me

Sure, send me more results...

Walmart
WAMPAT Farmhouse Nightstand with 3 Drawers Set of 2 Large 3 Drawers Wood...

**$430**

Walmart
Oak 6 Dresser for Living Room

**$300**

Target SearchIQ
Sauder Willow Place 6 Drawer Dresser Pacific Maple: MDF Frame, Paper Venee...

**$390**

Target SearchIQ

$390


⊙ Target ✓ 🔍 SearchIQ
Ellis Floor Lamp Natural/Brown - Adesso: Modern Standing Light, Wooden Base,...
87% less
$230


Ⓑ Bed Bath & Beyond ✓
Dresser for Bedroom with 3 Drawer, Accent Kids Dresser Storage Cabinet
73% less
$476


H Havenly ✓
Charleston 8 - Drawer Dresser - Birch Lane | Havenly
$2,468


Ⓑ Bed Bath & Beyond ✓
Signature Design by Ashley Bermacy Light Brown Dresser
80% less
$351


● Raymour & Flanigan ✓
Auberge 4-pc. Convertible Bedroom Set | Raymour & Flanigan
★★★★★ (see reviews)
$2,374

⊗ Overstock ✓
Grain Wood Furniture Greenport 6-drawer Dresser
65% less
$618

⊗ Overstock ✓
Amarantos 6 Drawer Dresser Wood Dresser with Drawers Chest of Drawers f...



Overstock
Amarantos 6 Drawer Dresser Wood Dresser with Drawers Chest of Drawers f...
$624

One Kings Lane
Myrtle 3-Drawer Dresser | One Kings Lane
32% less
$1,195

Factory Direct
Aristotle Acacia Dresser
$2,250

Factory Direct
Aristotle Acacia Dresser
$2,250

Zin Home
Antibes Oak Wood 6 Drawers Dresser 58"| Zin Home
24% less
$1,340

Ballard Designs
Isabella 6 Drawer Chest with Molded Details & Turned Feet in Hardwood
$1,889

Wayfair
Birch Lane™ Garland 6-drawer wood dresser (70") & Reviews | Wayfair
★★★★☆ (see reviews)
$1,340

Case 1:24-cv-06597-VSB-HJR   Document 37-1   Filed 04/10/25   Page 8 of 15



Document title: Sausalito 8-Drawer Dresser (66&quot;) | Dupe.com
Capture URL: https://dupe.com/results/AtFcSRjVW?country=us
Capture timestamp (UTC): Thu, 10 Apr 2025 20:32:05 GMT

Page 6 of 13





$2,755

Wayfair
Canora Grey 6 Drawers Dresser Solid Wood | Wayfair

**$1,220**

Deep search results
Check website for latest pricing and availability.

Pottery Barn
Sausalito 8-Drawer Dresser (66") | Pottery Barn

**$1,760**

Amazon
Amazon.com: WAMPAT 4 Piece Bedroom Set, Set of 2 Wooden Dressers with 3...

61% less
**$680**

Pottery Barn Kids
Fillmore Changing Table Dresser & Topper | Pottery Barn Kids

21% less
**$1,399**

Pottery Barn Teen
Chelsea Wide Teen Dresser | Pottery Barn Teen

9% less
**$1,599**

Hi friend, Megan here! can I send you my expert picks? Text me, let me know. I'll message you curated picks when it's ready.

*Standard SMS rates apply    Scan code to text me

Sure, send me more results...

Lulu and Georgia
Tulca Ornate Scroll Oversized Wall Mirror

**Lulu and Georgia**
Tulca Ornate Scroll Oversized Wall Mirror

$448



**AptDeco**
Pottery Barn Sausalito 8-Drawer Dresser (66") - AptDeco

27% less  Second hand
$1,287



**Amazon**
Amazon.com: WAMPAT 4 Piece Dresser and Nightstand Sets - Includes Two...

62% less
$670*



**Benjamin Rugs & Furniture**
Made Goods, Allesandro 60-Inch Dresser, Dressers – Benjamin Rugs & Furniture

$5,800



**Amazon**
Amazon.com: WAMPAT Oak Dresser for Bedroom with 9 Drawers, Kids Dressers...

68% less
$569*



**Onton**
Sausalito 8-drawer Dresser (66") by Pottery Barn · Onton

$1,979



**Amazon**
Amazon.com: FINETONES 8 Drawer Dresser, 47.2" Chest of Drawers Nursery...

$165*

Amazon.com: FINETONES 8 Drawer Dresser, 47.2" Chest of Drawers Nursery...

$165*

**Pottery Barn**
Farmhouse 4-Drawer Dresser (42.5") | Pottery Barn

15% less
$1,499

**El Dorado Furniture**
Almeria Dresser | El Dorado Furniture

52% less
$850

**furnituredirects2u.com**
1316-5 Dresser

31% less
$1,209

**Pottery Barn**
Livingston 9-Drawer Dresser (60") | Pottery Barn

$1,999

**Amazon**
CcHhyyt 6 Pack Round Leather Cabinet Knobs and Pulls - Dark Brown, Hand-...

98% less
$40

**Pottery Barn**
Sausalito Cane Armoire (40") | Pottery Barn

$2,299

**Seibels Cottage**
White Oak 6 Drawer Chest 36W 18D 48H (4 sock drawers over 2 standard) – Seib...



$2,299

**Seibels Cottage**
White Oak 6 Drawer Chest 36W 18D 48H (4 sock drawers over 2 standard) – Seib...
$1,995

**Pottery Barn**
Hudson 8-Drawer Dresser (66") | Pottery Barn
$1,979

**Pottery Barn**
Farmhouse 6-Drawer Dresser (66") | Pottery Barn
$1,799

**Ivan Smith Furniture**
Cielden Dresser Ivan Smith Furniture
60% less
$710

**Pottery Barn Kids**
Harlow 6-Drawer Dresser (56w x 19d") | Pottery Barn Kids
15% less
$1,499

**Amazon**
Amazon.com: WAMPAT Cómoda para dormitorio con 6 cajones, cómoda de...
(see reviews)
77% less
$398*

**Pottery Barn Kids**
Harlow 6-Drawer Dresser (56w x 19d") | Pottery Barn Kids
$1,499



**Pottery Barn Kids**
Harlow 6-Drawer Dresser (56w x 190d) | Pottery Barn Kids
$1,499

**AptDeco**
Pottery Barn Sumatra 6-Drawer Dresser - AptDeco
18% less | Second hand
$1,451

**Drury's Furniture**
Durham Lakeridge 239-173 7-Drawer Triple Dresser with Soft-Close Drawers |...
$2,919

**AptDeco**
Pottery Barn Dillion LED Sconce - AptDeco
90% less | Second hand
$176

**eauclairefurnish123.com**
215210 by Jofran - Maxton Dresser | Furnish 123
$2,069

**AptDeco**
Liberty Furniture Ivory Dresser - AptDeco
80% less | Second hand
$350

**AptDeco**
Pottery Barn Sausalito 8-Drawer Wide Dresser - AptDeco
$1,187

**Pottery Barn**
Sausalito 6-Drawer Tall Dresser (36") | Pottery Barn







Document title: Sausalito 8-Drawer Dresser (66&quot;) | Dupe.com
Capture URL: https://dupe.com/results/AtFcSRjVW?country=us
Capture timestamp (UTC): Thu, 10 Apr 2025 20:32:05 GMT

Page 13 of 13