```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAMS-SONOMA, INC.,

                Plaintiff,

        -v-

CARROT CART, INC.,

                Defendant.

**ORDER**

24-CV-6597 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of the Parties' September 26, 2025 joint status report. ECF No. 49.  The parties are directed to file a further joint status report by **October 29, 2025**.

**SO ORDERED.**

Dated: September 29, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge